■ ALAN J. COLE, Appellant, v CITY OF OSWEGO, Respondent. (Appeal No. 2.) [617 NYS2d 667] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Set Aside Ver-

dict.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.